ACCEPTED
03-15-00348-CV
6720964
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/31/2015 11:30:55 AM
JEFFREY D. KYLE
CLERK

## No. 03-15-00348-CV

COURT OF APPEALS
THIRD JUDICIAL DISTRICT OF TEXAS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/31/2015 11:30:55 AM
JEFFREY D. KYLE
Clerk

TODD ENRIGHT

*Appellant*,

v.

ASCLEPIUS PANACEA, LLC; ASCLEPIUS PANACEA GP, LLC; DAILY PHARMACY, LLC; DAILY PHARMACY GP, LLC; AND TOTH ENTERPRISES II, P.A. D/B/A VICTORY MEDICAL CENTER,

*Appellees*.

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE REPLY BRIEF OF APPELLANT TODD ENRIGHT**

_____

On Appeal from the 98th Judicial District Court
of Travis County, Texas
Trial Court No. D-1-GN-14-004689
Hon. Gisela D. Triana of the 200th Judicial District Court, Presiding

_____

TO THE HONORABLE COURT OF APPEALS:

Appellant Todd Enright files this Unopposed Motion for Extension of Time to File the Reply Brief of Appellant, and would show the Court as follows:

1. In accordance with the rules concerning an interlocutory appeal, Enright's reply brief is due to be filed with this Court on Monday, September 14, 2015. *See* Tex. R. App. P. 38.6(c).

2.     Pursuant to Texas Rules of Appellate Procedure 10.5(b)(1) and 38.6(d), Enright requests a fourteen (14) day extension of time, to and including Monday, September 28, 2015, to file his reply brief.

3.     This is the first motion for extension of time pertaining to Appellant's reply brief filed by Enright.  On June 25, 2015, the Court granted Enright a fourteen (14) day extension to file his opening brief, and on July 24, the Court granted a fourteen (14) day extension to appellees to file their response brief.

4.     As grounds for this extension, Enright requires additional time because his lead counsel, Jennifer Poppe, has several other deadlines and commitments during this period, including:

- a motion to dismiss filed on August 28, 2015, in *In re Conn's Securities Litigation*, No. 4:14-cv-00548 (KPE), in the Southern District of Texas;

- an ongoing internal investigation that will require several days of witness interviews outside of the country, currently scheduled for the weeks of September 7 and September 21; and

- ongoing discovery and pretrial work in a number of other cases.

5.     Appellees do not oppose this Motion.

Wherefore, Appellant Enright prays that this Court grant this Unopposed Motion for Extension of Time to File the Reply Brief of Appellant, extend his

filing deadline to and including Monday, September 28, 2015, and grant any such other relief to which he may be justly entitled.

Respectfully submitted,

*/s/ Jennifer B. Poppe*
Jennifer B. Poppe
State Bar No. 24007855
Jonah Jackson
State Bar No. 24071450
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Telephone:  (512) 542-8400
Facsimile:  (512) 542-8612
jpoppe@velaw.com
jjackson@velaw.com

**Attorneys for Appellant Todd Enright**

**CERTIFICATE OF CONFERENCE**

On August 31, 2015, I conferred with Paul Matula, Counsel for Appellees, who stated that he was not opposed to a fourteen (14) day extension of time for the filing of appellant's brief.

/s/    *Jonah Jackson*

Jonah Jackson

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 31st day of August, 2015, a true and correct copy of this motion was served on the following attorneys in accordance with the requirements of the Texas Rules of Appellate Procedure via electronic filing or email.

Eric J. Taube
Paul Matula
Hohmann, Taube & Summers, LLP
100 Congress Avenue, 18th Floor
Austin, Texas   8701
erict@hts-law.com
paulm@hts-law.com


/s/    *Jonah Jackson*
Jonah Jackson

US 3722232v.1